**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FIDIA YEO, | No. 09-72888 |
| Petitioner, | Agency No. A098-124-143 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 17, 2012[**]

Before:     LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Fidia Yeo, a native and citizen of Indonesia, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her application for asylum and withholding

of removal. We have jurisdiction under 8 U.S.C. § 1252. We review adverse

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

credibility findings for substantial evidence. *Singh v. Holder*, 643 F.3d 1178, 1180 (9th Cir. 2011). We deny the petition for review.

Substantial evidence supports the agency's adverse credibility finding based on Yeo's admitted misrepresentations in her initial declaration regarding the 1998 riots. *See id.* at 1181 (upholding adverse credibility finding where petitioner made conscious decision to lie). Further, the agency was not compelled to accept Yeo's explanations for the false statements, *see Zamanov v. Holder*, 649 F.3d 969, 974 (9th Cir. 2011), and the record does not otherwise compel a finding of credibility, *see Don v. Gonzales*, 476 F.3d 738, 744 (9th Cir. 2007). Accordingly, in the absence of credible testimony, we deny the petition as to Yeo's asylum and withholding of removal claims. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**